# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ANGELICA RAMIREZ,<br><br>　　　　　　　　　　　　Defendant. | Case No. 18cr3623-MMA<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR TRANSCRIPTS**<br><br>[Doc. No. 66] |

On August 29, 2019, Defendant Angelica Ramirez pleaded guilty to a single-count Indictment charging her with possession with intent to distribute approximately 414 grams of a mixture and substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1). *See* Doc. No. 44. Defendant is currently serving a 72-month custodial term. *See* Doc. No. 56. Defendant, proceeding *pro se*, now moves for transcripts of the grand jury and arraignment proceedings in her case, as well as transcripts of the change of plea and sentencing hearings, in order to assist with the preparation of a motion to vacate her conviction pursuant to 28 U.S.C. § 2255. *See* Doc. No. 66.

Title 28 of the United States Code, section 753, provides in pertinent part:

> Fees for transcripts furnished in proceedings brought under section 2255 of this title to persons permitted to sue or appeal in forma pauperis shall be paid by the United States out of money appropriated for that purpose *if the trial judge or a circuit judge certifies that the suit or appeal is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal*.

28 U.S.C. § 753(f) (emphasis added). Here, Defendant has submitted a form request for transcripts; she has not yet filed a 2255 motion, nor does she indicate what issues she might raise in any such motion. As such, the Court cannot make the necessary certification under section 753(f) that would then entitle Defendant to the provision of transcripts at no cost.

Accordingly, the Court **DENIES** Defendant's motion for transcripts without prejudice.

**IT IS SO ORDERED**.

DATE: October 13, 2020

_____
HON. MICHAEL M. ANELLO
United States District Judge