UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>v.<br><br>ANGELICA RAMIREZ,<br><br>                        Defendant. | Case No. 18cr3623-MMA<br><br>**ORDER DENYING DEFENDANT'S RENEWED MOTION FOR EARLY COMPASSIONATE RELEASE**<br><br>[Doc. No. 69] |

On August 29, 2019, Defendant Angelica Ramirez pleaded guilty to a single-count Indictment charging her with possession with intent to distribute approximately 414 grams of a mixture and substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1). *See* Doc. No. 44. On December 9, 2019, the Court sentenced Defendant to a 72-month custodial term, to be followed by a five-year term of supervised release. *See* Doc. No. 56. Defendant is currently serving her custodial term at the Federal Prison Camp in Bryan, Texas; her anticipated release date is October 16, 2022.[1]

---

[1] *See* Federal Bureau of Prisons Online Inmate Locator, available at https://www.bop.gov/inmateloc (last visited 9/20/2021).

1

Defendant, proceeding *pro se*, previously moved for early compassionate release and a corresponding reduction in sentence based on health concerns arising out of the spread of the novel coronavirus, COVID-19, throughout the federal prison system. *See* Doc. No. 58. The Court denied the motion. *See* Doc. No. 61. Defendant then sought the alternative relief of serving the remainder of her sentence in home confinement. *See* Doc. No. 63. Noting that it lacks the statutory authority to transfer Defendant to home confinement – even under the recently-enacted CARES Act – the Court denied Defendant's motion. *See* Doc. No. 64.

Defendant, once again proceeding *pro se*, now renews her motion for early release based on the spread of the novel coronavirus disease, COVID-19, throughout the federal prison system.[2] *See* Doc. No. 69. However, the Court previously found, and Defendant later conceded, that she is not an appropriate candidate for early release based on her criminal history. *See* Doc. No. 61 at 6-7 (citing 18 U.S.C. § 3553(a) and reviewing relevant factors); Doc. No. 62 at 1.[3] Moreover, Defendant now states that she is fully inoculated against COVID-19. *See* Doc. No. 69 at 2. And there are currently no inmates at her facility who have tested positive for the disease.[4]

Accordingly, the Court **DENIES** Defendant's renewed motion for early release.

**IT IS SO ORDERED**.

DATE: September 20, 2021

_____
HON. MICHAEL M. ANELLO
United States District Judge

---

[2] The Court finds this matter suitable for summary determination without a response from the government.

[3] Citations refer to the pagination assigned by the CM/ECF system.

[4] *See* https://www.bop.gov/coronavirus/ (last visited 9/20/2021).